AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

United States District Court
Southern District of Texas
FILED
APR 08 2002
Michael N. Milby
Clerk of Court

| United States District Court | District: U.S. Dist Ct Southern Dist of Texas |
|---|---|
| Name of Movant: Roberto Rodriguez-Garza | Prisoner No.: 92786-079 | Case No.: 1: Michael N. Milby OC |
| Place of Confinement: Federal Correctional Institution (Medium) Beaumont Texas | | |

UNITED STATES OF AMERICA    v.   Roberto Rodriguez-Garza
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: U.S. Dist Ct Southern Dist of Texas, At Brownsville Texas

2. Date of judgment of conviction: September 18th 2000

3. Length of sentence: 77 months

4. Nature of offense involved (all counts): Count one: Alien unlawfully found in the U.S. after deportation in violation of 8 U.S.C. 1326(a) and 1326(b)

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☑
   (c) Nolo contendere  ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

NONE

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐   pleaded guilty

7. Did you testify at the trial?
   Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

(2)

9. If you did appeal, answer the following:
   (a) Name of court __U.S. Court of Appeals for the Fifth Circuit__
   (b) Result __Affirmed__
   (c) Date of result __Filed May 7, 2001 — denied on (Not Known)__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court __U.S. Supreme Ct__
        (2) Nature of proceeding __Writ of Certiorari / Filed Oct 19th, 2001 Denied date Not Known__
        (3) Grounds raised __Whether the Court Should Consider the Continuing Validity of Almendarez-Torres V. U.S. in light of Apprendi V. New Jersey and whether a defendant may be sentenced to an enhanced punishment under 8 U.S.C § 1326(b)(2) when the indictment failed to alledge a aggravated felony.__
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☒
        (5) Result __NONE__
        (6) Date of result __NONE__

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court __NONE__
        (2) Nature of proceeding __"__
        __"__
        (3) Grounds raised __"__
        __"__
        __"__
        __"__
        __"__
        __"__

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _____ None _____

(6) Date of result _____ None _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☒
(2) Second petition, etc.   Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ None _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _Constitutional Violation to Appeal_

Supporting FACTS (state *briefly* without citing cases or law)

_See Attached page "A"_

B. Ground two: _Defective Indictment_

Supporting FACTS (state *briefly* without citing cases or law):

_See Attached page "B"_

C. Ground three: _Due process Violations_

Supporting FACTS (state *briefly* without citing cases or law):

_See Attached page "C"_

"A"

## Constitutional Violation to Appeal

Movant asserts that he cannot be compelled to waive his right to Appeal something that he does not know he has. See Tr page 24 Section 18 Thru 22 of the Movant-Defendant Rearraignment Transcript. The Court additionally failed to fully discuss the defendants right to Appeal. See preliminary errors in Sentencing proceeding September 18, 2000 page 6 Section 12 Thru 14. Its submitted by the defendant these errors, in conjunction with the defendants waiver of rights constitute a violation of his constitutional rights.

See: United States V. Raynor, No. 97-1086 (D.D.C, Dec 29, 1997)

The government's standard plea agreement often requires the defendant, but not the government to waive all rights to appeal any sentence imposed by the district court. At least one district court has said that it will no longer accept these — one-sided waivers.

The Courts reasoning is that a defendant cannot make a knowing and intelligent waiver of his rights to appeal a sentence when the sentence " has not yet been imposed."

Finally, Movant Claims his plea agreement is one-sided and a Constitutional violation of his rights to Appeal and it is not equitable in nature, it violates the law and Constitution of the United States. Additionally,

"B"

## Defective Indictment

Movant asserts his attorney of record failed to argue the true nature of the offense — the defectiveness of the indictment — allowed the Court to make finding on incorrect facts in conjunction with no specific finding of facts in the Rearraignment Transcript page 31, 32 and 33. However, the indictment in this case is defective because its stretching the Criminal Statute beyond the clear intend of Congress. e.g. A Alien found unlawfully in the United States after deportation is merely an unaggravated offense not a felony. This is not a question of the Sufficiency of a indictment. This is a jurisdictional issue, which can be raised at any time. The indictment is defective in that the language of the indictment is not correct. This eliminated the ability of the jury to make a determination of the Conduct necessary for a conviction under 8 U.S.C. § 1326(a) and 1326(b). Anything other than prior record must be decided by the jury. Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2002). Also the word "aggravated" is not found in the indictment, This is an element of the offense and must be used to modify the string of verbs used to describe said offense. Lacking the word "aggravated" would keep the grand jury, jury, or Court from being able to decide if needed the Conduct of the defendant in perpetrating any criminal act.

"C"

## Due Process Violations

Movant asserts he was sentenced on the basis of inaccurate information in the PSI report - That his attorney of record failed to factually dispute the inaccurate information - facts - Circumstances of the PSI report in Conjunction with prior Convictions on page 6 and paragraph 26 which exceeds the 10 year period of limitation - 15 year period of limitation from the date of the actual Arrest. Movant Counsel failed to make objections to paragraph 26 - to Challenge priors. Also the information on page 7 paragraphs 27, 28 should have been Stricken - redacted from the text of the PSI report. Further page 8 paragraph 30, 31 is beyond the 10 year period of limitation from the date of the Arrest and No objections were made by Counsel of record, Therefore, the base offence level is also inaccurate. However, A defendant Cannot be Sentenced on the basis of inaccurate information in a PSI Report pursuant to the dictates of the Supreme Court in United States V. Tucker 404 U.S 443 (1972), because the Supreme Court has made it Clear that there is a due process right to be Sentenced on the basis of accurate information.

Counsel of record failed to raise appropriate issue's on Appeal which Constitutes ineffective assistance of Counsel. Its most obvious, after a Careful review of this Case that Counsel of record raised frivolous, trifling and a foolish issue on Appeal that had no Serious weight. Therefore, Counselor Conduct should be Considered and Characterized as silly and foolish, which does violate the law and Constitution of the United States.

## Conclusion

The Movant's Case, whether one believes is the result of ineffective assistance of Counsel or not, clearly is a Miscarriage of justice, in addition to any Violation of a Constitutionally protected right. It is for this reason, and the Totality of the Circumstances presented, that the Court should grant the relief requested, which is by Vacating the Sentence and Conviction, reimposing the Conviction and Sentence of the defendant to time Served, or (2) years. This is the most equitable result of the many injustices that have occured in this Case. Movant reserves all rights to Amend and Supplement.

Cordially Submitted

_Roberto Rodriguez-Garza_
Roberto Rodriguez-Garza # 92786-079
Pro Se Counsel of record
Federal Correctional Institution (Medium)
P.O. Box 26040
Beaumont Texas 77720

D. Ground four: _____ NONE _____

Supporting FACTS (state *briefly* without citing cases or law): _____

NONE

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

The reasons why my grounds listed in the attached pages were Not Previously Presented is because my attorney of record in my opinion was Constitutional ineffective /or inadequate - deficient in his performance Skills - /duties

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Edward A. Stapleton III

(b) At arraignment and plea  Edward A. Stapleton III

(c) At trial  ''

(d) At sentencing  ''

(6)

(e) On appeal _____ ll _____

(f) In any post-conviction proceeding _____ cl _____

(g) On appeal from any adverse ruling in a post-conviction proceeding __U.S. Supreme Ct__
Roland E. DAHLin II

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

   (a) If so, give name and location of court which imposed sentence to be served in the future: __NONE__

   (b) Give date and length of the above sentence: __NONE__

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☑ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____NONE_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 5th 2001
   (date)

_____
Signature of Movant

(7)