*2*

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

___*Southern*___ **District of** *Texas*

*Brownsville Division*

MAY 0 9 2002

Michael N. Milby
Clerk of Court

*Roberto Rodriguez Garza*
     Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

*USA*
     Defendant

CASE NUMBER: **B-02-070**

I, ___*Roberto Rodriguez-Garza*___ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes      ☐ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration *(FCI) Beaumont Texas P.O. Box 26040 (Medium*

    Are you employed at the institution? *Yes*   Do you receive any payment from the institution? *$17.00*

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes      ☑ No *NOT IN THE Free World*

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *Last Employed in January, 2000, Take home Approx $100.00 per Week. Name (Lara) address not Known In Mexico*

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. Gifts or inheritances | ☑ Yes | ☐ No *Approximately $100.00* |
    | f. Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Approximately $100.00 recieved from friends — I do not anticipate getting any more money from friends.

4. Do you have **any cash or checking or savings accounts?**   ☑ Yes        ☐ No

   If "Yes," state the total amount. _$10.00_        _Prison Account only._

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

   If "Yes," describe the property and state its value.

                                    NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                                    NONE

I declare under penalty of perjury that the above information is true and correct.

_April 25th 2002_
       Date

_Roberto Rodriguez_
       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Michael N. Milby, Clerk
1:26 PM M
MAY 0 9 2002
MAIL
RECEIVED
Southern District of Texas
United States District Court

## AFFIDAVIT

I, Roberts Rodriguez-Garza, am over the age of 18 and Competent to State the following declaration in Support, As follows:

1). I have no other Assets.

2). I have no means of Support other than what I recieve from the Bureau of prisons Monthley.

3). I have not available funds to pay for a lawyer, would like an attorney appointed to represent me in Case NO#. B-02-070.

We Varietur

By accommodation - under Necessity - by Next best friend ( Johnson V. Avery 393 U.S. 483 -498)

Signed this 25th day of April Anno Domini 2002

Roberts Rodriguez-Garza #92786-079

```
                        ACCOUNT
                        STATEMENT
CC BMT - LIMITED OFFICIAL USE              DATE 04/24/02
BEAUMONT, TX                               PAGE No.01


                                    Account # 92786079


        RODRIGUEZ-GARZA ROBERTO NMI
        K
```

| ---BEGINNING---AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|
| BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| 11.47 | .00 | .00 | .00 | 11.47 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| SEP01P | 8:31 | 10-02-01 | PERFORMANCE PAY | 17.64 | 29.11 |
| 000030 | 12:01 | 10-05-01 | SALE / REGULAR | 14.25- | 14.86 |
| OCT01P | 8:36 | 11-02-01 | PERFORMANCE PAY | 17.64 | 32.50 |
| 000011 | 11:17 | 11-09-01 | SALE / REGULAR | 5.30- | 27.20 |
| NOV01P | 7:05 | 12-04-01 | PERFORMANCE PAY | 16.80 | 44.00 |
| IOS007 | 10:12 | 12-04-01 | FIN. RESP. ACT | 25.00- | 19.00 |
| 000014 | 11:21 | 12-07-01 | SALE / REGULAR | 9.30- | 9.70 |
| DEC02P | 8:16 | 01-03-02 | PERFORMANCE PAY | 16.80 | 26.50 |
| 000016 | 11:21 | 01-04-02 | SALE / REGULAR | 14.90- | 11.60 |
| JAN02P | 8:22 | 02-04-02 | PERFORMANCE PAY | 15.96 | 27.56 |
| T31606 | 9:40 | 02-15-02 | MONEY ORDER | 100.00 | 127.56 |
| 000017 | 11:13 | 02-22-02 | SALE / REGULAR | 9.75- | 117.81 |
| FEB02P | 7:53 | 03-04-02 | PERFORMANCE PAY | 17.64 | 135.45 |
| IOS016 | 9:43 | 03-04-02 | FIN. RESP. ACT | 25.00- | 110.45 |
| 000005 | 11:02 | 03-08-02 | SALE / REGULAR | 13.95- | 96.50 |
| 000010 | 11:07 | 03-22-02 | SALE / REGULAR | 11.40- | 85.10 |
| MAR02P | 9:31 | 04-02-02 | PERFORMANCE PAY | 16.80 | 101.90 |
| 000011 | 11:11 | 04-05-02 | SALE / REGULAR | 14.95- | 86.95 |
| 000005 | 10:56 | 04-19-02 | SALE / REGULAR | 54.15- | 32.80 |

```
                **** TRANSACTION TOTAL ****      21.33
```

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 32.80 | .00 | .00 | .00 | 32.80 |