IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Texas_

United States District Court
Southern District of Texas
FILED

MAY 0 9 2002

Michael N. Milby
Clerk of Court

_Roberto Rodriguez Garza_
MOVANT

vs

NO. _B-02-070_

UNITED STATES OF AMERICA
RESPONDENT

### REQUEST FOR EVIDENTIARY HEARING

COMES NOW Movant, herein, in the above styled action, unto this Honorable Court, respectfully moves the Court for an Evidentiary Hearing pursuant to Fed. R. Crim. Procedure and fix rules of this Court, in conjunction with 28 U. S. C. § 2241, § 2243 and § 2255, and rule 8 (a) (b), (c), and in accordance with 28 U. S. C. § 636 (b) et Seq. Additionally, Movant herein request that in the event this Court should find this request premature Movant would request that this Honorable Court hold this action in abeyance pending further inquiry.

Cordially submitted.

_Roberto Rodriguez_
Roberto R. Garza #92786-079
Federal Correctional Institution (medium
P.O. Box 26040
Beaumont Texas 77720

# CERTIFICATION OF SERVICE

I, undersigned, hereby certify that a copy of the foregoing attached instrument titled Motion for the Appointment of Counsel and Suggestion in Support, was mailed via U. S. Mail, postage prepaid this ___7th___ day of ___May___ Anno Domini 2002

TO: Office of the Clerk
United States District Court
Southern District of Texas
600 E. Harrison Street Room #101
Brownsville Texas 78520

Cordially submitted,
Ne Varietur:
By accommodation – under necessity – by next best friend
(Johnson V. Avery 393 U. S. 483, 398)

*Roberto Rodriguez*