UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO RODRIGUEZ-GARZA, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-070 |
| | § | CRIMINAL NO. B-00-182 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

The Application to Proceed in Forma Pauperis (Doc # 2) is hereby **GRANTED**. Let the Applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2255 Petition on or before August 16, 2002.

DONE at Brownsville, Texas, this _12th_ day of June, 2002.

Felix Recio
United States Magistrate Judge