United States Courts
Southern District of Texas
FILED

JUN 24 2002

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS

ROBERTO RODRIGUEZ-GARZA

MOVANT

vs

UNITED STATES OF AMERICA
RESPONDENT

Civil NO. B-02-070

Crim NO. B-00-182

## CONSTITUTIONAL PROVISION INVOLVED AND STATUTORY PROVISION AND REQUEST FOR HEARING

1) The Fifth Amendment to the U. S. Constitution provides in pertinent parts:

"No person shall ... be deprived of life, liberty, or property without due process of law."

2) The Sixth Amendment to the U. S. Constitution provides impertinent parts:

"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury or judge of the State and District wherein the crime shall have been committed, which district shall have been previously ascertained, and to be confronted with the witnesses against him, and to have a fair and impartial public prosecutor.

3) The Eighth Amendment to the U. S. Constitution provides in pertinent parts:

"Excessive bail shall not be required, nor excessive fine imposed, nor cruel and unusual punishment inflected."

4) The Fourteenth Amendment to the U. S. Constitution provides in pertinent parts:

"All persons born or naturalized in the United States, and subject to the jurisdiction thereof are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall... and States deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law."

## STATUTORY PROVISION INVOLVED

18 U.S.C. § 3006 (a) (g)

28 U.S.C.§ 2255 et Seg.

5)   Title 28 U. S. Code §2255 provides in pertinent parts:

"A prisoner in custody under sentence of a Court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the U. S. Constitution or laws of the United States... may move the Court which imposed the sentence to vacate, set aside, or correct the sentence."

## REQUEST FOR EVIDENTIARY HEARING ISSUES INVOLVED

Rule 8 (a) Determination by Court:

If the motion has not been dismissed at a previous stage in the proceeding, the Judge, and after the answer is filed and any transcripts or records of prior Court actions in the matter are in his possession, shall, upon a review of those proceedings and of the expanded record, if any, determine whether an evidentiary hearing is not required, the Judge shall make such disposition of the motion as justice dictates.

Rule 8 (c) Appointment of Counsel; time for hearing:

If an evidentiary hearing is required, the Judge shall appoint counsel for a Movant who qualifies for the appointment of counsel under 18 U.S.C. §3006 A (g) and the hearing shall be conducted as promptly as practicable, having regard for the need of counsel for both parties for adequate time for investigation and preparation. These rules do not limit the appointment of counsel under 18 U.S.C. §3006 A at any stage of the proceeding if the interest of justice so requires.

WHEREFORE, Movant herein, avers that the foregoing is submitted to remove any possible unconstitutional vagueness in the habeas review process as to whether, as alleged by the prisoner herein, he was convicted and sentenced under ~~counts~~ *Count 1* of the indictment in violation of the due process clause of the Fifth Amendment as enunciated in previous landmark decision throughout history.

Cordially submitted

*[signature]*

CERTIFICATION OF SERVICE

I, undersigned, hereby states a copy of the foregoing was mailed, postage pre-paid, this 18th day of June 2002 to:

Cordially submitted,

*[signature]*

MAIL
United States District Court
Southern District of Texas
RECEIVED
JUN 27 2002
Michael N. Milby, Clerk

Clerk of Court
United States District Court
Southern District of Texas
Post office Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
JUN 24 2002
Michael N. Milby, Clerk

June 18th 2002

RE: Civ. NO. B-02-070 / Crim NO B-00-182 Letter of Acknowledgement - additional Motions to be filed.

Dear Clerk:

Please Take Notice that I recently recieved the Court's ORDER in regards to in forma pauperis Status to proceed without payment — Informing the Government there response is due on Petitioner's 28 U.S.C. §2255 Motion before August 16th anno Domini. Additionally, the Movant/or Petitioner herein has inclosed Two (2) motions to be filed in Support of the record and files of the Case.

Respectfully Submitted

Roberto Rodriguez-Garza

Roberto Rodriguez-Garza #92786-079
Federal Correctional Institution, (Medium)
P.O. Box 26040
Beaumont Texas 77720