UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNVILLE DIVISION

ROBERTO RODRIGUEZ-GARZA,
Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

Civil NO. B-02-070
Criminal NO. B-00-182-01

United States Courts
Southern District of Texas
FILED
SEP 0 3 2002
Michael N. Milby, Clerk

## PETITIONER'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Comes Now Roberto Rodriguez-Garza, hereinafter (Petitioner) and states the following objection for the record hereinafter.

1). Petitioner objects to the "background" on page 1 of the Magistrate Judges report and recommendation based on the fact he received a 16-level increase in his guideline score for prior conviction after he entered into a plea agreement wherein the government agreed not to further prosecute the defendant. The Government Breach the agreement by the increase in his guideline score. Furthermore petitioner objects to the Sentence and term of imprisonment and the three years supervised release term, as well as the Mandatory Special assessment.

(1)

2). Petitioner objects "ALLEGATIONS" on page 2 Because he is being restrained of his liberty based on the fact he Never recieved any due process on the Word "Aggravated" wherein, again the government agreed not to prosecute any further once the plea agreement was Signed, agreed upon by the parties. Further the U.S. Magistrate Judge's report is using a unqual Semantics to strength the prosecution Case and take the advantage of a Pro Se defendant without the assistance of Councel.

3). Petitioner objects to the "ANALYSIS" on page 2 in Conjunction with issue 2, issue 3 Thru page 2-8 based on the fact the files-record Shows and demonstrates Crystal Clear that Counsel was inadequate-deficient in the Case reguardless of any Strickland Standard. The U.S. Magistrate Judge's report-recommendation is Nothing less than Semantics - legaless denouation "Case Cites" that are not relavent to the facts. For it most obvious one Can argue law til the end of time. Its furthermore, illogical and contrary to the principle of law + facts to even Consider this Case should be dismissed without holding an evidentiary hearing to develop a full record on the issue's presented to this Court. Additionally, the facts show and demonstrate that Petitioner presently suffers infliction of unconstitutional punishment, Violative of the Substantive due process Con-ponents of the Fifth, Eighth and Fourteenth Amendment. Moreover, under

(2)

the Circumstances which the petitioner's Waiver of rights was Nothing less than a Subterfuge and a pretext so fundamentally unfair and prejudical as to inherently Create a per se [pre]Sumption of prejudice.

WHEREFORE, The Petitioner prays that this Court issue the Writ for his return for an evidentiary hearing and Not dismiss this Case, whether one believes are not this Case is the result of ineffective assistance of Counsel, probably a Miscarriage of Justice. It is for the following reasons, the totality of the Circumstances presented herein, that the Court Should Not dismiss the present action, grant your petitioner an evidentiary hearing in the Overall interest of Justice. For this is the most equitable result of the many injustices that have Occured in the present Case.

Cordially Submitted

Roberto Rodriguez
ROBERTO RODRIGUEZ-GARZA #92786-079

(3)

## CERTIFICATE OF SERVICE

I, undersigned pro se Counsel of Record hereby states that a copy of the foregoing attached instrument Titled "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" was mailed via U.S. Mail this 28th day of August Anno Domini 2002 To:

Clerk of Court
United States District Courthouse
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

and

Jeffery A. Babcock
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

Cordially Submitted

Ne Varietur:
By accommodation - under Necessity - by Next of Friend
Johnson V. Avery 393 U.S. 483-498

_Roberto Rodriguez_
Roberto Rodriguez-Garza #92786-079
Federal Correctional Institution (Medium)
P.O. Box 26040
Beaumont, Texas 77720

(4)